UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60648-LEIBOWITZ/AUGUSTIN-BIRCH

**GUISSELL CECILIA HEALD,**

　*Plaintiff*,

v.

**AKUMIN OPERATING CORP.,**

　*Defendant*.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation [ECF No. 39] in which United States Magistrate Judge Panayotta Augustin-Birch recommends: (1) granting the parties' Renewed Joint Motion for Approval of FLSA Settlement Agreement [ECF No. 38]; (2) approving the parties' settlement agreement as fair and reasonable; and (3) dismissing this action with prejudice. [ECF No. 39]. The parties have not filed any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is hereby, **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation [ECF No. 39] is **AFFIRMED** and **ADOPTED**.

2. The Joint Renewed Motion for Approval of FLSA Settlement Agreement [**ECF No. 38**] is **GRANTED**.

3. The parties' Settlement Agreement and Release [ECF No. 38-1] is **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Court will retain jurisdiction over this matter for sixty (60) days for the limited purpose of enforcing the parties' Settlement Agreement and Release.

6. This case is **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on this 20th day of November, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record